J. W. NORRIS, plaintiff in error, *vs.* JOSEPH SHAW, defendant in error.

The verdict being contrary to law, a new trial is ordered.
WARNER, Chief Justice.

---

THE SAVANNAH, GRIFFIN AND NORTH ALABAMA RAILROAD COMPANY, plaintiff in error, *vs.* THE STATE OF GEORGIA, defendant in error.

This case is controlled by the cases of the Central and Southwestern Railroad Companies *vs.* The State, ruled at the last term, and the case of the Atlantic and Gulf Railroad Company, ruled at this term.
JACKSON, Judge.

---

ROCILLIUS TILLEY, plaintiff in error, *vs.* THE STATE OF GEORGIA, defendant in error.

Facts which were known to the defendant at the time of his trial, as being susceptible of proof by a certain witness, cannot be set up as newly discovered evidence upon which to base a motion for new trial; and the more especially where such motion is not made until after the adjournment of the court at which such trial was had.
WARNER, Chief Justice.

---

JACK NILES, plaintiff in error, *vs.* THE STATE OF GEORGIA, defendant in error.

Where a motion for a new trial is based solely on newly discovered evidence which is cumulative, and the court below refuses to grant it, this court will not interfere.
JACKSON, Judge.